UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANK YARBROUGH,

      Petitioner,

      v.                               Case No. 14-cv-10460-DT

MICHAEL EAGEN,

      Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter is before the court on Petitioner Hank Yarbrough's Petition for Writ of Habeas Corpus [ Dkt #1] and Respondent's Motion to Dismiss for Lack of Exhaustion. [Dkt #9]. The case was referred to United States Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(b)(2).

      The magistrate judge issued his report on November 17, 2014, recommending that this court deny Petitioner's Petition for Writ of Habeas Corpus, Deny a Certificate of Appealability and deny as moot the Motion to Dismiss for Lack of Exhaustion. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), thus further appeal rights are waived. In addition, the failure to object to the magistrate judge's report releases the court from its duty to review independently the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Therefore,

      IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Petitioner's Application for Writ of Habeas Corpus [Dkt#1] is

**DENIED**. The Respondent's Motion to Dismiss for Lack of Exhaustion [Dkt#9]  is

**DENIED AS MOOT** and a Certificate of Appealability is **DENIED.**


       S/Robert H. Cleland  
       ROBERT H. CLELAND  
       UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2015, by electronic and/or ordinary mail.

       S/Lisa Wagner  
       Case Manager and Deputy Clerk  
       (313) 234-5522