UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANK YARBROUGH,

        Petitioner,        Case No. 14-10460-DT

v.

MICHAEL EAGEN,

        Respondent.
_____/

**JUDGMENT**

In accordance with the January 25, 2015 "Order Adopting the Magistrate Judge's Report and Recommendation, Denying Petition for Writ of Habeas Corpus, Denying the Motion to Dismiss and Denying a Certificate of Appealability"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Michael Eagen and against Petitioner Hank Yarbrough.

Dated at Detroit, Michigan, this 25th day of January, 2015.

                DAVID J. WEAVER
                CLERK OF THE COURT

       BY:<u>s/Lisa G. Wagner</u>
           Lisa Wagner, Deputy Clerk
           and Case Manager to
           Judge Robert H. Cleland